# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JUDY L. ROGERS,** | : | |
| Plaintiff | : | CIVIL ACTION NO. 3:18-030 |
| v. | : | (JUDGE MANNION) |
| **NANCY A. BERRYHILL,**<br>**Acting Commissioner**<br>**of Social Security** | :<br><br>: | |
| Defendant | : | |

## MEMORANDUM

Pending before the court is the January 30, 2019 report of Judge Karoline Mehalchick, which recommends that the plaintiff's complaint challenging the final decision of the Commissioner denying her application for supplemental security income ("SSI") under Title XVI of the Social Security Act, (Doc. 1), 42 U.S.C. §§401-433, 1381-1383f, be granted, and that the case be remanded to the Commissioner. (Doc. 22). Judge Mehalchick reviewed the record in this case pursuant to 42 U.S.C. §405(g) to determine whether there is substantial evidence to support the Commissioner's decision denying the plaintiff's claim for SSI. The court has jurisdiction over this appeal pursuant to 42 U.S.C. §1383(c)(3). Neither the Commissioner nor the plaintiff have filed objections to Judge Mehalchick's report and the time within which to do so has expired.

Where no objection is made to a report and recommendation, the court should, as a matter of good practice, "satisfy itself that there is no clear error

on the face of the record in order to accept the recommendation." Fed.R.Civ.P. 72(b), advisory committee notes; *see also* Univac Dental Co. v. Dentsply Intern., Inc., 702 F.Supp.2d 465, 469 (2010) (citing Henderson v. Carlson, 812 F.2d 874, 878 (3d Cir. 1987) (explaining judges should give some review to every Report and Recommendation)). Nevertheless, whether timely objections are made or not, the district court may accept, not accept or modify, in whole or in part, the findings or recommendations made by the magistrate judge. 28 U.S.C. §636(b)(1); Local Rule 72.31. Upon review, the report and recommendation of Judge Mehalchick will be adopted in its entirety.

The court has reviewed the reasons presented by Judge Mehalchick for recommending that the plaintiff's complaint be granted, that the Commissioner's decision be vacated, and that this case be remanded pursuant to sentence four of 42 U.S.C. §405(g) for further consideration of whether any of the plaintiff's numerous impairments are severe and whether her impairments impact her ability to work. Because the court agrees with the sound reasoning that led Judge Mehalchick to the conclusions in her report and finds no clear error on the face of the record, the court will adopt the report in its entirety. An appropriate order shall issue.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Date: February 14, 2019**

O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2018 MEMORANDA\18-030-01.wpd