# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JUDY L. ROGERS, | : | |
| Plaintiff | : | CIVIL ACTION NO. 3:18-030 |
| v. | : | (JUDGE MANNION) |
| NANCY A. BERRYHILL,<br>Acting Commissioner<br>of Social Security | : | |
| | : | |
| Defendant | : | |

## O R D E R

In accordance with the memorandum issued this same day, **IT IS HEREBY ORDERED THAT:**

**(1)** the report of Judge Mehalchick, **(Doc. 22)**, is **ADOPTED IN ITS ENTIRETY**;

**(2)** the plaintiff's complaint appealing the final decision of the Commissioner denying her claim for SSI benefits, **(Doc. 1)**, is **GRANTED**;

**(3)** this case is **REMANDED** to the Commissioner for further proceedings consistent with Judge Mehalchick's report; and

**(4)** the Clerk of Court is directed to **CLOSE THIS CASE**.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Date: February 14, 2019**

O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2018 MEMORANDA\18-030-01-ORDER.wpd